UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BENNY WILLIS, | ) CASE NO. 1:04-cv-1807 |
| Plaintiff | ) |
| | ) JUDGE KATHLEEN O'MALLEY |
| vs. | ) |
| | ) MAGISTRATE JUDGE |
| CITY OF CLEVELAND, *et al.*, | ) NANCY A. VECCHIARELLI |
| Defendant | ) **REPORT AND RECOMMENDATION** |

On June 14, 2006, Defendants Anthony Perkins and Diane Perkins filed a motion to dismiss their counterclaims with prejudice in the event that the Court dismisses Plaintiff's claims with prejudice. (Doc. No. 106.) As, this same date, the Magistrate Judge has issued a Report and Recommendation recommending that all of Plaintiff's claims be dismissed with prejudice, the Magistrate Judge recommends that the motion (Doc. No. 106) be granted and all counterclaims of Defendants Anthony and Diane Perkins be dismissed with prejudice.

         s/ *Nancy A. Vecchiarelli*
         NANCY A. VECCHIARELLI
         U.S. MAGISTRATE JUDGE

DATE: June 15, 2007